NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-18-0000434
17-MAY-2019
09:50 AM

NO. CAAP-18-0000434

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

MH, Plaintiff-Appellant, v.
TA, Defendant-Appellee

APPEAL FROM THE FAMILY COURT OF THE THIRD CIRCUIT
(FC-P NO. 16-1-0222)

ORDER OF CORRECTION
(By:  Leonard, J., for the court)[1]

IT IS HEREBY ORDERED that the Summary Disposition Order in this case filed on April 18, 2019, is corrected by replacing the date "April 26, 2016" with "April 26, 2018" in paragraph 1 on page 1, line 11 from the top, so that as corrected, the sentence reads: "the April 26, 2018 Order Upon Stipulation of the Parties".

The clerk of the court is directed to incorporate the foregoing change in the original Summary Disposition Order.

DATED:  Honolulu, Hawaiʻi, May 17, 2019.

FOR THE COURT:

Associate Judge

---

[1] Fujise, Presiding Judge, Leonard and Reifurth, JJ.